UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 20, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS MACIAS MANZO,

Defendant.

Case No. 1:24-mj-00027-BAM-7

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CARLOS MACIAS MANZO</u> Case No. <u>1:24-mj-00027-BAM-7</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

  x    Unsecured Appearance Bond $ <u>$50,000.00 cosigned by Rafael Manzo Macias</u>

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

  x    (Other): <u>Release delayed until 3/21/2024 at 9 AM where defendant must, thereafter, report directly the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814, and with terms as stated on record.</u>

Issued at Sacramento, California on March 20, 2024 at 2:15 PM

Dated:  March 20, 2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE